NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13466
NADIA J. AHMED
ALEXANDRA M. MICHAEL
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
nadia.ahmed@usdoj.gov
alexandra.m.michael@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00025-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE RESPONSE DEADLINE** |
| v. | **(First Request)** |
| MATTHEW CANNON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and NADIA AHMED and ALEXANDRA MICHAEL, Assistant United States Attorneys, counsel for the United States of America, and Loren Graham, Esq., counsel for Defendant MATTHEW CANNON, that the response for the Defendants Motion to Suppress Evidence (Docket 27), currently scheduled for May ~~10~~ 3, 2019, be vacated and continued until May 10, 2019.

This stipulation is entered into for the following reasons:

1. Counsel for the government has been in trial for the previous two week in the case of US v. Matthews; 2:15-cr-0062-APG, as well as multiple other office commitments.

2. The Defendant is currently incarcerated and does not object to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

**DATED** this 3rd day of May, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United State Attorney

| *s/ Nadia Ahmed* | *s/ Loren Graham* |
|---|---|
| NADIA J. AHMED<br>ALEXANDRA MICHAEL<br>Assistant United States Attorneys | LOREN GRAHAM, Esq.<br>Counsel for the Defendant CANNON |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW CANNON,

    Defendant.

Case No. 2:19-cr-00025-RFB-VCF

**ORDER**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the response to the Defendant's Motion to Suppress Evidence in the above-captioned matter currently scheduled for May 3, 2019, be vacated and continued to __May 10,_____, 2019.

DATED _6th_ day of May, 2019.

_____
RICHARD F. BOULWARE
United States District Court Judge